HOLDERMAN, J.

(No. 5811-)

DAVID B. HERSHENSON, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

179

*Opinion filed April 27, 1971.*

DAVID B. HERSHENSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

HOLDERMAN, J.